STATE OF MINNESOTA

IN SUPREME COURT

A16-0914



FILED

September 14, 2016

OFFICE OF
APPELLATE COURTS

In re Petition for Disciplinary Action against
Paul Jody Edlund, a Minnesota Attorney,
Registration No. 0336014.

ORDER

The Director of the Office of Lawyers Professional Responsibility filed a petition for disciplinary action alleging that respondent Paul Jody Edlund committed professional misconduct warranting public discipline—namely, misappropriating a client's funds, failing to communicate with that client, and failing to cooperate with the Director's investigation. *See* Minn. R. Prof. Conduct 1.4(a)(4), 1.15(a), 1.15(c)(4), 8.1(b), 8.4(c); Rule 25, Rules on Lawyers Professional Responsibility (RLPR).

The respondent and the Director have entered into a stipulation for discipline. In it, respondent withdraws an answer he previously filed, unconditionally admits the allegations in the petition for disciplinary action, and waives his procedural rights pursuant to Rule 14, RLPR. The parties jointly recommend that the appropriate discipline is disbarment.

This court has independently reviewed the file and approves the jointly recommended disposition.

Based upon all the files, records, and proceedings herein,

1

IT IS HEREBY ORDERED THAT:

1.      Respondent Paul Jody Edlund is disbarred, effective as of the date of this order.

2.      Respondent shall comply with Rule 26, RLPR (requiring notice of disbarment to clients, opposing counsel, and tribunals).

3.      Respondent shall pay $900 in costs pursuant to Rule 24, RLPR.

Dated:  September 14, 2016          BY THE COURT:

David R. Stras
Associate Justice